UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GILBERTO RAMOS,<br><br>                Petitioner,<br>v.<br><br>WARDEN LEGRAND, et al,<br><br>                Respondents. | Case No. 3:14-cv-00219-MMD-WGC<br><br>ORDER |

This counseled 28 U.S.C. § 2254 habeas petition is before the Court on several unopposed motions for extension of time. Further, on February 23, 2015, respondents filed a motion to dismiss the petition as time-barred. (Dkt. no. 16.) On August 11, 2015, counsel for petitioner filed a third, unopposed motion for extension of time to oppose the motion to dismiss. (Dkt. no. 19.) Counsel acknowledges that the briefing on the motion to dismiss has now been extended for a protracted period of time. (*Id.*) He explains that in order to explore whether a sufficient factual basis exists for an equitable tolling argument, he must meet with petitioner again. (*Id.*) He also states that such meeting requires a Spanish language interpreter, and therefore, he seeks until October 15, 2015, to file and serve the opposition.

The Court shall grant this extension. Counsel for petitioner is expressly cautioned that, absent extraordinary circumstances, the Court is highly unlikely to grant any further extension.

It is therefore ordered that petitioner's third motion for extension of time to oppose the motion to dismiss (dkt. no. 19) is granted as discussed in this order. Petitioner shall file his opposition on or before October 15, 2015.

It is further ordered that petitioner's motion for extension of time to file a first amended petition (dkt. no. 9) is granted *nunc pro tunc*.

It is further ordered that, good cause appearing, petitioner's motion to file exhibits under seal (dkt. no. 14) is granted.

It is further ordered that respondents' motion for extension of time to respond to the first amended petition (dkt. no. 15) is granted *nunc pro tunc*.

It is further ordered that petitioner's first and second motions for extension of time to oppose the motion to dismiss (dkt. nos. 17, 18) are both granted *nunc pro tunc*.

DATED THIS 15th day of September 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2