UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GILBERTO RAMOS,<br><br>　　　　　　　Petitioner,<br>　　v.<br>WARDEN LEGRAND, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:14-cv-00219-MMD-WGC<br><br>ORDER |

On January 19, 2016, this Court granted Respondents' motion to dismiss Petitioner Gilberto Ramos' counseled 28 U.S.C. § 2254 habeas petition as untimely (ECF No. 29). The Court denied a certificate of appealability, and judgment was entered on January 20, 2016 (ECF No. 30). Ramos appealed, and the Ninth Circuit Court of Appeals also denied him a certificate of appealability (ECF Nos. 31, 32, 33). The United States Supreme Court denied his petition for writ of certiorari on October 31, 2016 (ECF No. 36). Ramos has now filed a *pro se* motion for relief from judgment petition (ECF No. 38). However, this is a counseled petition, and therefore, this motion is stricken as a fugitive document.

It is therefore ordered that Petitioner's *pro se* motion for relief from judgment (ECF No. 38) is stricken.

DATED THIS 26th day of June 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1