# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GILBERTO RAMOS, | Case No. 3:14-cv-00219-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN LEGRAND, *et al.*, | |
| Respondents. | |

This closed matter is a counseled 28 U.S.C. § 2254 habeas petition. On June 26, 2018, this Court struck Petitioner Gilberto Ramos' *pro se* motion for relief from judgment as a fugitive document (ECF No. 40).

Pursuant to 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue only when a petitioner "has made a substantial showing of the denial of a constitutional right." This Court declines to issue a certificate of appealability.

It is therefore ordered that a certificate of appealability is denied.

DATED THIS 7th day of August 2018.

MIRANDA DU
UNITED STATES DISTRICT JUDGE